UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00492-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENNETH DALE LANGE,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, January 14, 2008,** and responses to these motions shall be filed by **Wednesday, January 23, 2008.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, January 31, 2008, at 1:30 p.m. in Courtroom A-1002**. It is

    FURTHER ORDERED that a 4-day jury trial is set to commence **Monday, February 11, 2008, at 9:00 a.m. in Courtroom A-1002.**

Dated this 2nd day of January, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge