**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 07-cr-00492-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KENNETH DALE LANGE,

    Defendant.

**ORDER**

    Upon the motion of the United States of America, and for good cause shown, it is hereby

    ORDERED that Count Three of the Indictment in the above-captioned case is dismissed.

    Dated this <u>16th</u> day of May, 2008.

                                     BY THE COURT:

                                     <u>s/ Wiley Y. Daniel</u>
                                     WILEY Y. DANIEL,
                                     UNITED STATES DISTRICT JUDGE
                                     District of Colorado