IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00492-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENNETH DALE LANGE,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional three-point decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that the defendant be granted an additional three-point decrease in the offense level.

Dated this 16th day of May, 2008.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            UNITED STATES DISTRICT JUDGE
                                            District of Colorado